# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **NAUTILUS INSURANCE COMPANY,**<br><br>            *Plaintiff,*<br><br>v.<br><br>**HORAN BUILDING COMPANY, INC. and SEGUNDO MAYANCELA,**<br><br>            *Defendants.* | C.A. No. 1:18-CV-00410-WES-LDA |

## STIPULATION OF DISMISSAL

Now come the plaintiff, Nautilus Insurance Company and the defendant, Horan Building Company, Inc., and hereby dismiss with prejudice, without interest, and without costs, any and all claims, counterclaims, causes of action and counts asserted in the above-captioned action.

| **NAUTILUS INSURANCE COMPANY** | **HORAN BUILDING COMPANY, INC.** |
|---|---|
| By its Attorneys, | By its Attorneys, |
| */s/ Clark W. Yudysky*<br>Clark W. Yudysky (# 8065)<br>cyudysky@morrisonmahoney.com | */s/ Mitchell R. Edwards*<br>Mitchell R. Edwards (# 6942)<br>medwards@hinckleyallen.com |
| */s/ Thomas M. Robinson*<br>Thomas M. Robinson (# 6193)<br>trobinson@morrisonmahoney.com | */s/ David A. Wollin*<br>David A. Wollin (# 4950)<br>dwollin@hinckleyallen.com |
| Morrison Mahoney LLP<br>10 Weybosset Street, Suite 900<br>Providence, RI  02903<br>Telephone: (401) 331-4660<br>Facsimile: (401) 351-4420 | Hinckley, Allen & Snyder LLP<br>100 Westminster Street, Suite 1500<br>Providence, RI  02903<br>Telephone: (401) 274-2000<br>Facsimile: (401) 277-9600 |

836972v.1

## **CERTIFICATION**

    I hereby certify that this document has been filed electronically on January 10, 2020 and is available for viewing and downloading from the ECF system.

                                                    */s/ Thomas M. Robinson*